IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM R. SHIELDS,           )<br>          Plaintiff,           )<br>                                     )<br>vs.                                )<br>                                     )<br>                                     )<br>WASHINGTON NATIONAL INS. CO.,  )<br>et al.,                             )<br>          Defendants.          ) | CIVIL ACTION NO.   1:05cv362-A<br><br>      (WO) |

**ORDER**

In accordance with the Memorandum Opinion entered on this day, it is hereby

ORDERED as follows:

(1) The Plaintiff's Motion to Remand (Doc. #8) is GRANTED and this cause is hereby REMANDED to the Circuit Court of Geneva County, Alabama.

(2) The clerk is DIRECTED to take all steps necessary to effect this remand.

The parties are to bear their own costs.

Done this the 28th day of June, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE